IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL MERVYN ARNOLD,

    Plaintiff,

v.                                         CASE NO. 4:14cv255-RH/CAS

MICHAEL CREWS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 10. No objections have been filed. As set out there, the exclusive remedy for a state prisoner who asserts he is being in violation of the United States Constitution or laws is a petition for a writ of habeas corpus. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)."  The clerk must close the file.

SO ORDERED on August 17, 2014.

s/Robert L. Hinkle
United States District Judge